# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY HEMBERGER,** | CASE NO. 18-cv-04252-YGR |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |
| **SAFEWAY, INC.,** | |
| Defendant. | |

By Order issued September 25, 2018, plaintiff was directed to file, no later than October 9, 2018, an amended complaint in accordance with the Court's September 25 Order dismissing plaintiff's initial complaint. (Dkt. No. 21.) As of the date of this Order, plaintiff has not filed an amended complaint.

Therefore, and pursuant to Federal Rule of Civil Procedure 4(m), this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: November 5, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**